# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY D. CONLEY,

    **Plaintiff,**

v.                                                           Case No. 11-cv-0308

MICHAEL THURMER, et al.

    **Defendants,**

## ORDER

Plaintiff, Larry D. Conley, a state prisoner, filed a pro se complaint under 42 U.S.C. § 1983. He also filed a motion for leave to proceed in forma pauperis, but he did not submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint, as required under 28 U.S.C. § 1915(a)(2). Without the prison trust account statement, the court is unable to calculate his initial partial filing fee. Therefore,

IT IS ORDERED that plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint on or before **Monday, May 16, 2011**. Failure to submit the trust account statement by that date will result in the denial of plaintiff's motion for leave to proceed in forma pauperis.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2011.

                                                        /s_____
                                                        LYNN ADELMAN
                                                       District Judge