# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**LARRY D. CONLEY,**

        **Plaintiff,**

        **v.**                        **Case No. 11-C-0308**

**MICHAEL THURMER,**
**DON STRAHOTA,**
**LT. BRAEMER,**
**SGT. LARSON,**
**OFFICER MASON,**
**OFFICER GIZA,**
**OFFICER HEBERT,**
**OFFICER LARAMORE,**
**OFFICER WOLF, AND**
**JOHN DOES,**
        **Defendants.**

---

## ORDER

On May 1, 2012, defendants filed a motion for summary judgment. Under Civil Local Rule 56(b)(2), plaintiff's response should have been filed on or before May 31, 2012. Parties are expected to comply with the procedures and dates specified in the rules without involvement of the court. However, plaintiff has not filed any response to the defendants' motion. Consequently, this action is subject to dismissal for plaintiff's failure to diligently prosecute this case.

## CONCLUSION

**For the foregoing reasons,**

**IT IS THEREFORE ORDERED** that this case be and the same is hereby dismissed with prejudice, **effective October 31, 2012**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date plaintiff

responds to the defendant's motion for dismissal or establishes just cause for his failure
to respond to said motion as required.

Dated at Milwaukee, Wisconsin, this 2nd day of October 2012.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.